JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                4

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** II            **Investigating Agency** DEA

**City** Lynn                        **Related Case Information:**

**County** Essex                     Superseding Ind./ Inf.  X            Case No.  04-10299 PBS
                                     Same Defendant   x            New Defendant
                                     Magistrate Judge Case Number   M 04-1732- CBS
                                     Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA            Juvenile:      ☐ Yes    X No

Alias Name

Address

Birthdate: _____ SS # _____ Sex: MALE Race: Hispanic       Nationalit Mexican

**Defense Counsel if known:**   Eliot Weinstein, Esq.        Address 228 Lewis Wharf

Bar Number _____                617-367-9334

**U.S. Attorney Information:**

AUSA   Neil Gallagher                          Bar Number if applicable

**Interpreter:**      X  Yes      No         List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes   X   No

     Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date _____

X  Already in Federal Custody as of _____   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____   ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05            Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** ___II___        **Investigating Agency** ___DEA___

**City** ___Lynn___                **Related Case Information:**

**County** ___Essex___             Superseding Ind./ Inf. ___X___        Case No. ___04-10299 PBS___
                                   Same Defendant _____ New Defendant _____
                                   Magistrate Judge Case Number ___04-M-1685 CBS___
                                   Search Warrant Case Number ___04-M-1720-to-1730___
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___ANDRES MARTINEZ-ACEVEZ___        Juvenile:    ☐ Yes    X No

Alias Name ___"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"___

Address _____

Birthdate: _____ SS # ___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___ Sex: ___MALE___ Race: ___Hispanic___    Nationalit ___Mexican___

**Defense Counsel if known:**    ___John Cicilline, Esq.___    Address ___381 Atwells Ave., Providence, RI___

Bar Number _____

**U.S. Attorney Information:**

AUSA ___Neil Gallagher___                    Bar Number if applicable _____

**Interpreter:**    X Yes    No        List language and/or dialect:        ___Spanish___

**Matter to be SEALED:**        Yes   X   No

         Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date ___5/1/2004___

X Already in Federal Custody as of _____ in ___Wyatt Detention, Central Falls, RI___ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony ___2___

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ~~10/5/04~~ 3/23/05        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City**  __Lynn__                    **Related Case Information:**

**County**  __Essex__              Superseding Ind./ Inf. __X__              Case No. __04-10299 PBS__
                                   Same Defendant __x__          New Defendant _____
                                   Magistrate Judge Case Number      __04-M-1685 CBS__
                                   Search Warrant Case Number      __04-M-1720 to 1730__
                                   R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name    __JOSE ROSALES__                    Juvenile:    ☐ Yes    X No

Alias Name    __TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU__

Address    __88 NEWARK ST, LYNN MA__

Birthdate: __5/10/76__    SS # __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__  Sex: __MALE__  Race: __Hispanic__        Nationalit __Mexican__

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.        Address __1 Exchange Place., Worcester, MA__

Bar Number    _____

**U.S. Attorney Information:**

AUSA    _____                    Bar Number if applicable    _____

**Interpreter:**    X Yes    No        List language and/or dialect:    __Spanish__

**Matter to be SEALED:**        Yes  X  No

         Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        __5/1/04__

X Already in Federal Custody as of    _____ in    __Wyatt Detention, Central Falls, RI__  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    _____ on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony — 4 —

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __3/23/05__            Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

7

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                 U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__                 Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                     Same Defendant __x__          New Defendant
                                     Magistrate Judge Case Number __04-M-1685 CBS__
                                     Search Warrant Case Number __04-M-1720 to 1730__
                                     R 20/R 40 from District of

### Defendant Information:

Defendant Name __VALENTIN MARTINEZ__          Juvenile:     ☐ Yes    X No

Alias Name __VALENTIN RIVERA AKA V AKA VALE__

Address __108 JOHNSON STREET, LYNN, MA__

Birthdate: __12/20/69__  SS # __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__  Sex: __MALE__  Race: __Hispanic__  Nationalit __Mexican__

**Defense Counsel if known:**    Ronald Ian Segal, Esq.          Address __23 Central Ave., Lynn, MA__

Bar Number

### U.S. Attorney Information:

AUSA __Neil Gallagher__                    Bar Number if applicable

**Interpreter:**    X Yes    X No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**        Yes   X   No

     Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date          __5/1/04__

x  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐  Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———   X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                **Related Case Information:**

County __Essex__                Superseding Ind./ Inf.    __X__            Case No.    __04-10299-PBS__
                                          Same Defendant    __x__                New Defendant _____
                                          Magistrate Judge Case Number    __04-m-1685-CBS__
                                          Search Warrant Case Number    __04-m-1720 to 1730__
                                          R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   __MANUEL GERMOSEN__                Juvenile    ☐ Yes    ☒ No

Alias Name   __Kelvin Madera, Manolo__

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race: __Hispanic__  Nationality: __Dom Rep__

**Defense Counsel if known:**   __Steven Judge__         Address: __23 Central Ave., #605__
                                                                         __Lynn, MA 01902__
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                Bar Number if applicable   _____

Interpreter:    ☒ Yes  ☐ No         List language and/or dialect:    __Spanish__

Matter to be SEALED:    ☐ Yes  ☒ No

    ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  __May 1, 2005__        in  __Plymouth County__        .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05            Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    MANUEL GERMOSEN** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                  Same Defendant   X          New Defendant
                                  Magistrate Judge Case Number   04-M-1685 CBS
                                  Search Warrant Case Number   04-M-1720 to 1730
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                    Juvenile:       ☐ Yes      X No

Alias Name

Address   10 ROOSEVELT ST METHUEN MA

Birthdate:  1/17/76      SS #  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   Sex:  MALE   Race:  Arabic          Nationalit  Palestinian

**Defense Counsel if known:**   Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**       ☐ Yes      X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X      No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04

X Already in Federal Custody as of                    in      Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at                 ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty          ☐ Misdemeanor          ☐ X Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   3/23/05          Signature of AUSA:   _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    **Investigating Agency** _DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County ____Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS___
Same Defendant ___x_____    New Defendant _____
Magistrate Judge Case Number ___04-m-1685-CBS____
Search Warrant Case Number ___04-m-1720 to 1730____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name __Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic___ Nationality: _Dom Rep____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    __Spanish____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:    Ordered by** _____ **on**

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ☐/☐☐/☐☐    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    __RICARDO MARTINEZ__ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  MA            **Category No.** _____    **Investigating Agency** DEA/MSP

**City**  Lynn/Peabody            **Related Case Information:**

**County**    Essex            Superseding Ind./ Inf.    X            Case No.    04-10299-PBS
Same Defendant    x            New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS
Search Warrant Case Number    04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  HOWARD GREENBERG            Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:    Caucasian    Nationality:  US

**Defense Counsel if known:**    Roger Witkin            **Address:** 6 Beacon Street, Ste 1010
            Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher            **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☐ No            **List language and/or dialect:**    Spanish

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by  MJ Swartwood    on    May 2004

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**  1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **HOWARD GREENBERG** _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__      **Category No.** _____      **Investigating Agency** __DEA/MSP__

**City** __Lynn/Peabody__                   **Related Case Information:**

**County** __Essex__                  Superseding Ind./ Inf. __X__        Case No. __04-10299-PBS__
                                      Same Defendant __x__       New Defendant _____
                                      Magistrate Judge Case Number __04-m-1685-CBS__
                                      Search Warrant Case Number __04-m-1720 to 1730__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDGAR HOFFENS__                   Juvenile  ☐ Yes  ☒ No

Alias Name __Carlos Colon Rivera, Tigueron__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __John Wall__          **Address:** __1 Commercial Wharf West__
                                                              __Boston, MA 02110__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__                **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No          **List language and/or dialect:** __Spanish__

**Matter to be SEALED:** ☐ Yes ☒ No

     ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**      ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**      ☐ **Petty** _____      ☐ **Misdemeanor** _____      ☒ **Felony** __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                    **Related Case Information:**

**County** __Essex__              Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                                 Same Defendant __X__          New Defendant _____
                                 Magistrate Judge Case Number __04-M-1685 CBS__
                                 Search Warrant Case Number __04-M-1720 to 1730__
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ROGELIO GARCIA__                    Juvenile:     ☐ Yes     X No

Alias Name __LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA__

Address __85 WALNUT AVE., REVERE, MA__

Birthdate: __7/15/80__    SS # __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__  Sex: __MALE__  Race: __Hispanic__          Nationalit __USA__

**Defense Counsel if known:**     James H. Budreau, Esq.          Address __20 Park Plaza, Boston, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                    Bar Number if applicable _____

**Interpreter:**     ☐ Yes     X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  X          No

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date _____

    Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ──────────── ☐ Serving Sentence     ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   __Mag. Judge Swartwood__    on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony ── 2 ──

Continue on Page 2 for Entry of U.S.C. Citations

        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.**

Date:  __3/23/05__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    <u>U.S. District Court - District of Massachusetts</u>

Place of Offense:  <u>MA</u>            Category No. _____    Investigating Agency  <u>DEA/MSP</u>

City   <u>Lynn/Peabody</u>                    **Related Case Information:**

County   <u>Essex</u>                        Superseding Ind./ Inf.   <u>X</u>            Case No.   <u>04-10299-PBS</u>
                                             Same Defendant   <u>x</u>            New Defendant
                                             Magistrate Judge Case Number   <u>04-m-1685-CBS</u>
                                             Search Warrant Case Number   <u>04-m-1720 to 1730</u>
                                             R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   <u>JAVIER ANGEL ROMERO</u>            Juvenile   ☐ Yes   ☒ No

Alias Name   <u>Ramon Acosta, the Singer</u>

Address   _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex <u>M</u> Race: <u>Hispanic</u>   Nationality: _____

**Defense Counsel if known:**   **Ray Buso**            **Address:** <u>15 Church Street</u>
                                                         <u>Salem, MA 01970</u>
**Bar Number:**

**U.S. Attorney Information:**

AUSA  <u>Neil Gallagher</u>            Bar Number if applicable   _____

Interpreter:   ☒ Yes  ☐ No            List language and/or dialect:   <u>Spanish</u>

Matter to be SEALED:   ☐ Yes   ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**   _____

☒ Already in Federal Custody as   _____   in   _____   .
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by   _____   on   _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  <u>1 count</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:  <u>3/23/05</u>            Signature of AUSA:  _____