JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                                         U.S. District Court - District of Massachusetts

**Place of Offense:** MA          **Category No.** _____          **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X          Case No.   04-10299-PBS
Same Defendant   x          New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   CHRISTIAN GERMOSEN          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M   Race:   Hispanic   Nationality:   Dom. Rep.

**Defense Counsel if known:**   Michael Hickey          **Address:**   15 Church Street
                                                                          Salem, MA 01970
**Bar Number:** _____

## U.S. Attorney Information:

**AUSA**   Neil Gallagher          **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes   ☐ No          List language and/or dialect:   Spanish

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   CHRISTIAN GERMOSEN

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA          Category No. _____     Investigating Agency  DEA/MSP

City  Lynn/Peabody            Related Case Information:

County  Essex                 Superseding Ind./ Inf.  X          Case No.  04-10299-PBS
                              Same Defendant    x      New Defendant _____
                              Magistrate Judge Case Number    04-m-1685-CBS
                              Search Warrant Case Number      04-m-1720 to 1730
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JUAN MARTINEZ                Juvenile  ☐ Yes   ☒ No

Alias Name   Juan Eustate

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic   Nationality:  Mexican

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                         Bar Number if applicable  _____

Interpreter:    ☒ Yes   ☐ No       List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

   ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:   FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1 count

                    Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05           Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JUAN MARTINEZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA       **Category No.** _____       **Investigating Agency** DEA/MSP

**City** Lynn/Peabody       **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X       Case No.   04-10299-PBS
Same Defendant   x          New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ       Juvenile   ☐ Yes   ☒ No

Alias Name   Scarface

Address _____

Birth date (Year only): ___   SSN (last 4 #): ___   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:**   Richard Welsh       **Address:** 80 Worchester St., Ste 5
                                                                North Grafton MA, 01536

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher       Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No       List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05       Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     GERARDO VASSUER ORTIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA                 Category No. _____    Investigating Agency  DEA/MSP

City    Lynn/Peabody                 Related Case Information:

County  Essex                        Superseding Ind./ Inf.   X           Case No.   04-10299-PBS
                                     Same Defendant    x          New Defendant
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number      04-m-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name    PHIL ASARO                              Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Caucasian  Nationality: ____

Defense Counsel if known:   Kirk Griffin          Address:  50 Standford Street
                                                            Boston, MA 02114
Bar Number:  _____

**U.S. Attorney Information:**

AUSA    Neil Gallagher                       Bar Number if applicable  _____

Interpreter:      ☐ Yes  ☒ No          List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes   ☒ No

        ☐ Warrant Requested       ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as  _____  in  _____
☐ Already in State Custody  _____     ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  MJ Swartwood     on   May 2004

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty  ____    ☐ Misdemeanor  ____   ☒ Felony   1 count

                Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05              Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA
**Category No.:** _____
**Investigating Agency:** DEA/MSP

**City:** Lynn/Peabody
**County:** Essex

**Related Case Information:**
- Superseding Ind./ Inf.: X
- Case No.: 04-10299-PBS
- Same Defendant: x
- New Defendant: _____
- Magistrate Judge Case Number: 04-m-1685-CBS
- Search Warrant Case Number: 04-m-1720 to 1730
- R 20/R 40 from District of: _____

## Defendant Information:

- **Defendant Name:** SILVESTRE LIZARDI
- **Juvenile:** [ ] Yes  [X] No
- **Alias Name:** _____
- **Address:** _____
- **Birth date (Year only):** _____
- **SSN (last 4 #):** _____
- **Sex:** M
- **Race:** Hispanic
- **Nationality:** _____
- **Defense Counsel if known:** Michael Sneider
- **Address:** 95 Commercial Wharf, Boston, MA 2110
- **Bar Number:** _____

## U.S. Attorney Information:

- **AUSA:** Neil Gallagher
- **Bar Number if applicable:** _____
- **Interpreter:** [x] Yes  [ ] No
- **List language and/or dialect:** Spanish
- **Matter to be SEALED:** [ ] Yes  [x] No
- [ ] Warrant Requested   [ ] Regular Process   [ ] In Custody

## Location Status:

**Arrest Date:** _____

- [x] Already in Federal Custody as _____ in _____
- [ ] Already in State Custody _____  [ ] Serving Sentence   [ ] Awaiting Trial
- [ ] On Pretrial Release: Ordered by MJ Swartwood on May 2004

**Charging Document:** [ ] Complaint   [ ] Information   [x] Indictment
**Total # of Counts:** [ ] Petty   [ ] Misdemeanor   [x] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05   **Signature of AUSA:** _(signature)_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     SILVESTRE LIZARDI

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II     **Investigating Agency**  DEA

**City**  Lynn     **Related Case Information:**

**County**  Essex

Superseding Ind./ Inf.  X      Case No.  04-10299 PBS
Same Defendant  x      New Defendant _____
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ROBERT V. RUSCIO     Juvenile:   ☐ Yes   X No

Alias Name _____

Address  286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51   SS # 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   Sex: MALE   Race: White   Nationalit  USA

**Defense Counsel if known:**   Edward L. Hayden, Esq.    Address  7 Franklin St., Lynn, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher       Bar Number if applicable _____

Interpreter:   ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X No

\ Warrant Requested     X☐ Regular Process     In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  Mag. Judge Swartwood   on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT V. RUSCIO

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA          Category No. _____   Investigating Agency  DEA/MSP

City  Lynn/Peabody            Related Case Information:

County  Essex                 Superseding Ind./ Inf.  X          Case No.  04-10299-PBS
                              Same Defendant  x          New Defendant  _____
                              Magistrate Judge Case Number    04-m-1685-CBS
                              Search Warrant Case Number     04-m-1720 to 1730
                              R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  GIOVANI AVILA                           Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex  M   Race:  Hispanic   Nationality: ____

Defense Counsel if known:  Michael Natola        Address:  240 Commerical Street, Ste 2B
                                                           Boston, MA 02109
Bar Number:  _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher                              Bar Number if applicable  _____

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date:  _____

☐ Already in Federal Custody as  _____ in _____
☐ Already in State Custody  _____     ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood      on  May 2004

Charging Document:      ☐ Complaint       ☐ Information       ☒ Indictment

Total # of Counts:      ☐ Petty ____      ☐ Misdemeanor ____   ☒ Felony  1 count

                    Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  3/23/05               Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GIOVANI AVILA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. __X__    Case No. __04-10299-PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number    __04-m-1685-CBS__
Search Warrant Case Number    __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__    Juvenile ☐ Yes  ☒ No

Alias Name __Cumbia King, Tony__

Address _____

Birth date (Year only): ____    SSN (last 4 #): ____    Sex __M__   Race: __Hispanic__   Nationality: ____

Defense Counsel if known: __Raymond E. Gillespie__    Address: __875 Massachusetts Ave, Ste 32__
                                                                  __Cambridge, MA 02139__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __MJ Swartwood__    on __May 2004__

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____