UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                  CRIMINAL ACTION
                                                  NO.  04-10299-PBS

        v.

CHRISTIAN GERMOSEN

## NOTICE OF PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                   June 1, 2006

       TAKE NOTICE that the above-entitled case has been set for a Pretrial Conference on **June 5, 2006**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                       By the Court,

                                       _/s/ Robert C. Alba_
                                       Deputy Clerk

Copies to:  All Counsel