Christian Germosen
950 High Street
Central Falls, 02863

Honorable Patti B. Saris
United States District Judge
1 Courthouse Way, Suite 142
Boston, Massachusetts 02210

FILED
IN CLERKS OFFICE

2006 JUN -1 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 27, 2006

RE: UNITED STATES V. CHRISTIAN GERMOSEN

Honorable Patti B. Saris,

    I have recoursed to your help because I am reported to be a fugitive. However, I've been detained for 25 months. I want to know what is the situation happening in my case. I have almost no communication with my lawyer. In addition, my family has tried to contact my lawyer and cannot communicate to him. For this reason I want to have a court-appointed counsel because my family does not have any more money to pay for counsel.

    Thank you for your assistance in this very inportant matter.

sincerely,

*Christian Germosen*
Christian Germosen/Defendant

ccl:filed